UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DOUGLAS K. HYSLOP,

    Plaintiff,

v.                      Case No. 2:20-cv-00856-JLB-NPM

LOWE'S HOME CENTERS, LLC,

    Defendants.
_____/

## ORDER

Plaintiff has filed a stipulation of voluntary dismissal with prejudice (Doc. 12) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The stipulation is self-executing. Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida, on December 18, 2020.

*/s/ John L. Badalamenti*

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**